IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 OCT 28 PM 1:17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA                  )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )     Criminal No. 05 - 20250 Ml
                                          )
                                          )       (30-Day Continuance)
                                          )
_____                   )
                                          )
Ebony Clay                                )
_____                   )
                                          )
_____                   )
                                          )
_____                   )
                                          )
_____                   )
                                          )
        Defendant(s).                     )

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the November, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Wednesday, November 23, 2005, with trial to take place on the December, 2005 rotation calendar with the time excluded under the Speedy Trial Act through December 16, 2005. Agreed in open court at report date this 28th day of October, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-31-05

84

SO ORDERED this 28th day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Assistant United States Attorney

Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:05-CR-20250 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT