IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~~ D.C.

05 DEC -2 PM 5: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

```
UNITED STATES OF AMERICA          )
                                  )
        Plaintiff,                )
                                  )
VS.                               )      CR. NO. 05-20250-Ml
                                  )
EBONY CLAY                        )
                                  )
        Defendant.                )
                                  )
```

---

## ORDER ON CHANGE OF PLEA

---

This cause came to be heard on December 2, 2005, the United States Attorney for this district, Camille McMullen, appearing for the Government and the defendant, Ebony Clay, appearing in person and with counsel, C. Michael Robbins, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Counts 1 and 2 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, MARCH 3, 2006, at 2:30 p.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the _____ day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-5-05_

107

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:05-CR-20250 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT